UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-40079 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| JACOB ALLEN BAKER, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Jacob Allen Baker.

On or about August 14, 2019, in the District of South Dakota, I knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, and the distribution of said fentanyl resulted in the serious bodily injury of Victim #1, whose identity is known to the Grand Jury, in violation of 21 U.S.C. § 841(a)(1). I distributed fentanyl to Victim #1. Victim #1 smoked the fentanyl I distributed. The fentanyl smoked by Victim #1 caused Victim #1 to sustain an overdose, which was reversed by the administration of Narcan. But for the fentanyl I distributed, Victim #1 would not have sustained an overdose resulting in serious bodily injury.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to

sentencing, including additional drug quantities, may be developed and attributed to the Defendant for sentencing purposes.

RONALD A. PARSONS, JR.<br>
United States Attorney

12-17-20
Date

*Mark Hodges* (signature)

Mark Hodges
Special Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2346
Facsimile: (605)330-4410
E-Mail: mark.hodges@usdoj.gov

12/14/20  _Jacob Allen Baker_ (signature)
Date      Jacob Allen Baker
          Defendant

12/14/2020  _Raleigh Hansman_ (signature)
Date        Raleigh Hansman
            Attorney for Defendant